FILED

04/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0425

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0425

_____

IN THE MATTER OF:

D.D.,                                                          O R D E R

      A Youth in Need of Care.


_____


      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Elizabeth Best, District Judge.

                      For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 15 2020